UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>            Plaintiff,<br><br>      vs.<br><br>GIBSON, et al.,<br><br>            Defendants. | 1:21-cv-01574-GSA-PC<br><br>ORDER DENYING REQUEST TO EXPEDITE CASE<br><br>(ECF No. 7.) |

   Kory T. O'Brien ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 25, 2021.  (ECF No. 1.)  The Complaint awaits the court's requisite screening pursuant to 28 U.S.C. § 1915.

   On February 28, 2022, Plaintiff filed a request for screening of his Complaint.  (ECF No. 7.)  Plaintiff informs the court that he has not received a screening order from the court.[1]

   Plaintiff is advised that the court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending before the court, and as such delays are inevitable despite the court's best efforts.  Plaintiff's Complaint will be screened in due course.

---

[1] Plaintiff has also filed a motion for preliminary injunctive relief, which shall be addressed by separate order.  (See ECF No. 7.)

Based on the foregoing, Plaintiff's request for expedited screening, filed on February 28, 2022, is denied.

IT IS SO ORDERED.

Dated:   **June 11, 2022**                              **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE