UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CONNIE GIBSON, et al.,<br><br>　　　　　　Defendants. | No.  1:21-cv-01574-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 16.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION<br><br>(ECF No. 11) |

　　　　Plaintiff Kory T. O'Brien ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 28, 2022, the Magistrate Judge issued findings and recommendations, recommending that Plaintiff's motion for preliminary injunctive relief, filed on June 17, 2022, be denied. (ECF No. 16.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*)  On August 15, 2022, the Court re-served the findings and recommendations on Plaintiff at his new address.  The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the Magistrate Judge on July 28, 2022, (ECF No. 16), are ADOPTED IN FULL;

2. Plaintiff's motion for a temporary restraining order and/or preliminary injunction, filed on June 17, 2022, (ECF No. 11), is DENIED, and

3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   June 1, 2023

_____
UNITED STATES DISTRICT JUDGE