Case 1:21-cv-01574-ADA-GSA   Document 24   Filed 07/31/23   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GIBSON, et al.,<br><br>　　　　Defendants. | **1:21-cv-01574-ADA-GSA-PC**<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT AGAINST THE COURT**<br><br>**(ECF No. 20.)** |

## I.  BACKGROUND

Kory T. O'Brien ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 25, 2021.  (ECF No. 1.)

On March 3, 2023, Plaintiff filed a motion for default judgment against the Court under Rule 55 of the Federal Rules of Civil Procedure.  (ECF No. 20.)

## II.  PLAINTIFF'S MOTION

Plaintiff seeks a default judgment against the Court because the Court has not screened the Complaint Plaintiff filed on October 25, 2021.  Plaintiff argues that the Court has abused its discretion because other Complaints filed by Plaintiff *after* this case was filed have already been screened, yet the Complaint in this case awaits screening.

1

There is no provision in Rule 55 whereby Plaintiff may seek default judgment against the Court itself.  Under Rule 55, default may be entered against a *party* who has failed to plead or otherwise defend.  Fed. R. Civ. P. 55.  However, the Court is not a party to this case.  Therefore, Plaintiff's motion must be denied.

Plaintiff is advised that his Complaint shall be screened in due course.

### III.  CONCLUSION

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment, filed on March 3, 2023, is DENIED.

IT IS SO ORDERED.

Dated:   **July 29, 2023**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE