UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN, | No. 1:21-cv-01574 KES GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| CONNIE GIBSON, et al., | (ECF No. 40) |
| Defendants. | DEFENDANTS' RESPONSIVE PLEADING DUE WITHIN SIXTY DAYS FROM DATE OF THIS ORDER |

Defendants have filed a motion for a sixty-day extension of time to file a responsive pleading to Plaintiff's complaint. ECF No. 40. The responsive pleading is currently due September 23, 2024. See ECF No. 38 (executed waiver of service docket entry).

In support of the motion, counsel for Defendants states in part that despite his due diligence he has been unable to fully prepare a responsive pleading, and he has been unable to discuss Plaintiff's complaint with Defendants. ECF No. 40 at 4. In addition, he states that he has other pressing court business to which he must also attend and that he has a pre-planned vacation which is scheduled to begin on September 23. See id. at 4-5. Finally, counsel states that Plaintiff, who is incarcerated, could not easily be contacted under the shortened time frame in order to determine his position on the extension request. See generally ECF No. 40 at 2 (notice drafted by defense counsel).

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1.  Defendants' motion for an extension of time to file a pleading that is responsive to
3   Plaintiff's complaint (ECF No. 40) is GRANTED, and

4   2.  Within sixty days from the date of this order, Defendants shall file their responsive
5   pleading.

IT IS SO ORDERED.

Dated:  **September 17, 2024**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE