1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KORY T. O'BRIEN,                          No.  1:21-cv-01574 KES GSA (PC)

12              Plaintiff,                      ORDER GRANTING DEFENDANTS'
                                                MOTION FOR ADMINISTRATIVE RELIEF
13        v.                                    RE:  MODIFYING ORDER REFERRING
                                                CASE TO POST-SCREENING ADR
14   CONNIE GIBSON, et al.,
                                                (ECF No. 43)
15              Defendants.
                                                ORDER VACATING COURT'S ORDER
16                                              GRANTING DEFENDANTS EXTENSION
                                                OF TIME TO FILE RESPONSIVE
17                                              PLEADING

18                                              (ECF No. 41)

19

20        Defendants have filed a motion requesting the Court to modify its order which stayed the

21   proceedings and referred the parties to post-screening alternative dispute resolution.  ECF No. 43.

22   Defendants request that the date to opt out of the ADR Program be extended by forty-five days

23   from October 28, 2024, to December 12, 2024.  Id. at 1.  They also request that the stay of the

24   case be extended thirty days as well, from December 26, 2024, to January 26, 2025, and that the

25   Court's order which granted their extension of time to file a responsive pleading (ECF No. 41) be

26   vacated.[1]  Id.

27   _____

28   [1]  The Court notes for the record that Defendants' September 16, 2024, request for an extension of
     time to file a response to Plaintiff's complaint (see ECF No. 40) appears to have been filed in

                                                1

In support of the request, defense counsel states, in relevant part, that he was unaware of the order which stayed this matter for 120 days and directed the parties to investigate Plaintiff's claims, meet and confer, etc. because he never received it.  Id. at 5-6 (Declaration of DAG Joseph Railey).  Counsel further states that he did not receive the Court's order because he failed to file a notice of appearance when he filed the waiver of service for Defendants.  Id.  As a result, defense counsel needs additional time to confer with Plaintiff in order to make an informed decision whether early settlement is appropriate.  See id. at 6.

Good cause appearing, Defendants' motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Court's September 18, 2024, order which granted Defendants' request of an extension of time to file a response to Plaintiff's complaint (ECF No. 41) is hereby VACATED;

2.   Defendants' request to extend the opt out and matter stay dates (ECF No. 43) is GRANTED;

3.   The date for the parties to opt out of early alternative dispute resolution shall be EXTENDED forty-five days to December 12, 2024, and

4.   The stay of these proceedings shall be EXTENDED thirty days to January 26, 2025.

**All other directives in the Court's order referring this matter to post-screening early alternative dispute resolution are to remain in full force and effect.**

IT IS SO ORDERED.

Dated:   __November 14, 2024__            _____/s/ Gary S. Austin_____
                                          UNITED STATES MAGISTRATE JUDGE

---

error, given the earlier-issued Court's August 29, 2024, ADR referral and stay order (see ECF No. 39).  As a result, the Court's subsequent order which granted Defendants' request, was also issued in error.