UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>             Plaintiff,<br><br>       v.<br><br>CONNIE GIBSON, et al.,<br><br>             Defendants. | No.  1:21-cv-01574 KES GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY ADR PROJECT AND LIFTING STAY<br><br>See ECF Nos. 39, 45<br><br>DEFENDANTS' RESPONSIVE PLEADING DUE IN TWENTY-ONE DAYS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that Defendants have violated his rights under the Free Exercise Clause of the First Amendment and under the Religious Land Use and Institutionalized Persons Act.

On December 12, 2024, Defendants filed a motion to opt out of the post-screening ADR Project.  ECF No. 45.  After reviewing the motion, the Court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 45) is GRANTED, and the stay of this action (see ECF No. 39) is LIFTED, and

1

2. Within twenty-one days from the date of this order, Defendants shall file a responsive pleading.

IT IS SO ORDERED.

Dated: __**January 2, 2025**__                    _____/s/ Gary S. Austin_____
                                                                    UNITED STATES MAGISTRATE JUDGE

2